```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                            COUNSEL/PARTIES OF RECORD

                            JUL 13 2022

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
            BY:                              DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-vs-<br><br>Matthew Abrahamian<br><br>Defendant. | Case No. 2:22-mj-549-BNW<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 13 day of July, 2022

_____
UNITED STATES MAGISTRATE JUDGE

1