1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  ALLISON REESE
   Nevada Bar Number 13977
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Email: allison.reese@usdoj.gov
   *Attorneys for the United States of America*

7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,                Case No.: 2:22-mj-00549-BNW

10                Plaintiff,                **STIPULATION TO CONTINUE THE**
                                            **PRELIMINARY EXAMINATION**
11        vs.                               **HEARING**
                                            (*First Request*)
12  MATTHEW KONARAKE
    ABRAHAMIAN,

13                Defendant.

14

15      IT IS HEREBY STIPULATED AND AGREED, by and between JASON FRIERSON,

16  United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for

17  the United States of America, and NISHA BROOKS-WHITTINGTON, counsel for Defendant

18  MATTHEW KONARAKE ABRAHAMIAN, that the preliminary examination hearing in the

19  above-captioned matter, currently scheduled for July 27, 2022, at 3:00 p.m., be vacated and

20  continued for not less than fourteen (14) days, to a date and time to be set by this Honorable

21  Court.

22      This stipulation is entered into for the following reasons:

23

24

1

1      1.      Government counsel has been out of the district for a pre-planned training. As

2  such, the Government needs additional time to bring this matter before the grand jury for

3  indictment.

4      2.      The parties agree to the continuance.

5      3.      Defendant MATTHEW KONARAKE ABRAHAMIAN is not in custody and

6  does not object to the continuance.

7      4.      Additionally, denial of this request for continuance could result in a miscarriage of

8  justice.

9      5.      The additional time requested herein is not sought for purposes of delay, but to

10  allow for the government to present the matter to the grand jury.

11      6.      The additional time requested by this stipulation, is allowed, with the defendant's

12  consent under the Federal Rules of Procedure 5.1(d).

13      7.      This is the <u>first</u> request for a continuation of the preliminary examination hearing.

14      DATED:  July 22, 2022

15                                    Respectfully submitted,

16                                    JASON M. FRIERSON
                                      United States Attorney

17

                                      */s/  Allison Reese*
18                                    _____

19                                    ALLISON REESE
                                      Assistant United States Attorney

20

21                                    */s/ Nisha Brooks-Whittington*

22                                    _____
                                      NISHA BROOKS-WHITTINGTON
23                                    Counsel for Defendant Nisha Brooks-Whittington

24

2

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-00549-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| MATTHEW KONARAKE ABRAHAMIAN, | |
| Defendant. | |

3

4

5

6

7

8

9

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Government counsel has been out of the district for a pre-planned training. As such, the Government needs additional time to bring this matter before the grand jury for indictment.

2.      Defendant MATTHEW KONARAKE ABRAHAMIAN is not in custody and does not object to the continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.      The additional time requested herein is not sought for purposes of delay, but to allow for the government to present the matter to the grand jury.

5.      The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

6.      This is the <u>first</u> request for a continuation of the preliminary hearing.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    For all of the above-stated reasons, the ends of justice would best be served by a

2  continuance of the preliminary hearing date.

3                                    **CONCLUSIONS OF LAW**

4    The ends of justice served by granting said continuance outweigh the best interest of the

5  public and the defendant, since the failure to grant said continuance would be likely to result in

6  a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to

7  indictment, and further would deny the parties sufficient time and the opportunity within which

8  to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account

9  the exercise of due diligence.

10    The continuance sought herein is allowed, with the defendant's consent, pursuant to

11  Federal Rules of Procedure 5.1(d).

12                                    **<u>ORDER</u>**

13    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for

14  July 27, 2022, at 3:00 p.m., be vacated and continued to August 12, 2022 at 1:00 p.m.

15

16  DATED this _____25th_____ day of July, 2022.

17

18

19  _____
   THE HONORABLE BRENDA WEKSLER
   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

4